UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>BARRY ALAN SCOTT,<br><br>            Defendant. | No. CR-07-093-RHW<br><br>ORDER GRANTING PLAINTIFF'S MOTION AND SETTING ADDITIONAL CONDITIONS OF RELEASE |

BEFORE THE COURT is the Plaintiff's unopposed Motion to modify the Defendant's release conditions to include electronic monitoring.

**IT IS ORDERED** the Plaintiff's unopposed Motion **(Ct. Rec 26)** is **GRANTED**. Defendant shall participate in a program of electronically monitored home confinement. The Defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation. In the event the Defendant does not respond to electronic monitoring or cannot be found, U.S. Probation Officers shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall be responsible for all costs of electronic monitoring.

DATED June 21, 2007.

                                        S/ CYNTHIA IMBROGNO
                                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFF'S MOTION AND
SETTING ADDITIONAL CONDITIONS OF RELEASE ~ 1