UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>v.<br>BARRY ALAN SCOTT,<br>               Defendant. | No. CR-07-093-RHW<br><br>ORDER MODIFYING AND<br>CLARIFYING DEFENDANT'S<br>CONDITIONS OF RELEASE |

At the October 31, 2007, status hearing regarding release conditions, Russell Smoot represented the United States; Assistant Federal Defender Amy Rubin represented the Defendant, who participated telephonically.

Mr. Smoot and Ms. Rubin addressed the allegations contained in the status report dated October 29, 2007. Ms. Rubin requested modification of Defendant's curfew.

**IT IS ORDERED** Defendant's conditions of release are modified and clarified as follows:

1. Defendant may be away from his residence only for court-related purposes, and from **11:00 p.m. to 7:00 a.m.** for employment purposes.

2. If Defendant is to be away from his brother's ranch, for any reason other than employment and court-related matters, he must have **prior** approval of his supervising Pretrial Services Officer.

3. Defendant shall provide to his supervising Pretrial Services Officer, within three business days, a detailed description

ORDER MODIFYING AND CLARIFYING
DEFENDANT'S CONDITIONS OF RELEASE ~ 1

1  and print-out of his paper route.

2      DATED October 31, 2007.

3

4                      S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER MODIFYING AND CLARIFYING
DEFENDANT'S CONDITIONS OF RELEASE – 2