PROB 12B
(7/93)

Report Date: May 18, 2012

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 22 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Barry Alan Scott         Case Number: 2:07CR00093-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 11/17/2008       Type of Supervision:    Supervised Release

Original Offense: Transportation of Child Pornography in Interstate and Foreign Commerce, 18 U.S.C. § 2252(a)(1); Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B)

Date Supervision is to commence: June 18, 2013

Original Sentence: Prison - 60 Months; TSR - 60 Months

Date Supervision Expires: June 17, 2018

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

23   The defendant shall not use any computer at any location (whether or not at his/her place of employment, residence, or elsewhere) without the prior written permission of the probation officer. The defendant shall not possess or use a phone or any other electronic device that allows access to the internet without the prior written permission of the probation officer.

## CAUSE

The Western District of Texas has agreed to accept the defendant's case for supervision. However, they have requested that the above condition be added prior to his release. Subsequently, the undersigned officer is submitting this request for the Court's consideration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/18/2012
_____
s/Richard Law

Richard Law
U.S. Probation Officer

Prob 12B
Re:  Scott, Barry Alan
May 18, 2012
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

5/22/2012
Date